UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FILLION, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. BANK NATIONAL ASSOCIATION, et al.,<br><br>    Defendants. | Case No. 21-cv-03903-SK<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO PROSECUTE** |

On June 19, 2021, the Court scheduled a case management conference for September 13, 2021. The Court required Plaintiffs to file a case management statement by September 6, 2021. When Plaintiffs failed to timely file a case management statement, the Clerk issued a notice directing Plaintiffs' counsel to file a case management statement as soon as possible. Plaintiffs still failed to comply. On Monday, September 13, 2021, the Court held the case management conference in this matter, but Plaintiffs did not appear.

Additionally, the Clerk has sent out four notices regarding Plaintiffs' obligation to file a consent or declination to proceed before a magistrate judge, each time setting a deadline. Plaintiffs have not responded to any of these notices.

Finally, the Court notes that pursuant to Federal Rule of Civil Procedure 4(m), Plaintiffs have an obligation to serve Defendants within ninety days of the complaint being filed. Defendants have not appeared, and it is not clear whether or not Plaintiffs yet have served Defendants.

Therefore, the Court HEREBY ORDERS Plaintiffs TO SHOW CAUSE why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiffs shall file a written response to this Order to Show Cause by no later than September 24,

2021. Plaintiffs must explain why they did not file a case management statement, appear for the case management conference, or respond to any of the notices regarding consent or declination. Additionally, Plaintiffs shall inform the Court regarding Plaintiffs' efforts to serve Defendants. Plaintiffs are admonished that, if they fail to file a response to this Order to Show Cause by September 24, 2021, the Court will reassign this matter and issue a report and recommendation that this matter be dismissed for failure to prosecute.

**IT IS SO ORDERED**.

Dated: September 13, 2021



SALLIE KIM
United States Magistrate Judge

2